UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GREEN HILLS DEVELOPMENT COMPANY, LLC, HEARTLAND DEVELOPMENT COMPANY, LLC, LENNOX DEVELOPMENT, LLC, PROVONCE DEVELOPMENT, LLC and BENJAMIN O. TURNAGE | § | Plaintiffs |
| v. | § | CIVIL ACTION NO. 3:11-CV-1885-P |
| CREDIT UNION LIQUIDITY SERVICES, LLC, JUDITH CLINKARD-MOORE, MARK MORGANFIELD, DAVID ADDISON, STEVE ROEMERMAN, JAY CHAMPION, BILL HENDERSON, and NATIONAL CREDIT UNION ADMINISTRATION BOARD, AS CONSERVATOR OF TEXANS CREDIT UNION | § | Defendants |

**PLAINTIFF'S EXPERT DESIGNATION**

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 26(a)(2), Green Hills Development Company, LLC, Heartland Development Company, LLC, Lennox Development, LLC, Provonce Development, LLC and Benjamin O. Turnage ("Plaintiffs") designate Dr. Ronald L. Throupe (report attached as Exhibit A), Robert L. Crook, II (reports attached as Exhibit B and Exhibit C), and James C. Lacovara, Roger A. Rumbagh, and William W. Smith (report attached as Exhibit D) as their Expert Witnesses.

Plaintiffs reserve the right to amend or supplement this designation as appropriate.

Respectfully submitted,

GREEN HILLS DEVELOPMENT COMPANY, LLC, HEARTLAND DEVELOPMENT COMPANY, LLC, LENNOX DEVELOPMENT, LLC, PROVONCE DEVELOPMENT, LLC, AND BENJAMIN O. TURNAGE

By: s/Michael Heilman
Michael A. Heilman
State Bar No. 09380924

Michael A. Heilman (TX Bar No. 09380924)
HEILMAN LAW GROUP, P.A.
111 East Capitol Street, Suite 250
Jackson, Mississippi 39201
Post Office Drawer 24417
Jackson, Mississippi 39225-4417
Telephone: (601) 914-1025
Facsimile: (601) 960-4200

Frank P. Skipper (TX Bar No. 18471200)
Law Offices of Frank Skipper
3575 North Beltline Road, Suite 321
Irving, Texas 75062
Telephone: (817) 939-0725
Facsimile: (817) 421-1078

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

This is to hereby certify that I have filed the above and foregoing using the CM/ECF system which sent a copy of the above and foregoing document via electronic mail to the following:

Joseph P. Dirik, Esq.
Theodore W. Daniel, Esq.
FULBRIGHT & JAWORSKI, LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
*Attorneys for Defendants CULS, TCU, Judith Clinkard-Moore, Mark Morganfield, Steve Roemerman, Jay Champion and Bill Henderson*

David L. Swanson, Esq.
Bradley C. Knapp, Esq.
LOCKE LORD BISSELL & LIDDELL, LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
*Attorneys for Defendant David Addison*

William J. Moore
MUNSCH HARDT KOPF & HARR, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201
*Attorney for Intervenor National Credit Union Administration Board*

This the 24th day of February, 2012.

s/Michael Heilman
Michael A. Heilman