# Expert Report of Ronald L. Throupe Ph.D. MRICS

Subject Property: Property known as Stonebridge Development, located in Brandon, Miss.

Prepared By: Ronald L. Throupe Ph.D. MRICS

Submitted To: Michael Heilman Esq. counsel for Plaintiffs

Pertaining To: *Green Hills Development Company, LLC, Heartland Development Company, LLC, Lennox Development, LLC, Provonce Development, LLC and Benjamin O. Turnage v. Credit Union Liquidity Services, LLC, Texans Credit Union, Judith Clinkard-Moore, Mark Morganfield, David Addison, Steve Roemerman, Jay Champion, and Bill Henderson;*

In the United States District Court, Northern District of Texas, Dallas Division; Civil Action No. 3:11-CV-1885-P

February 24, 2012



**EXHIBIT**

**A**

# Table of Contents

I.      Introduction...............................................................1

II.     Summary of Opinion.....................................2

III.    Compensation..............................................3

IV.     Qualifications.............................................3

V.      Materials Reviewed and Examined......................6

VI.     Conclusions and Expert Opinions........................8

VII.    General Assumptions and Limiting Conditions.........16

VIII.   Certification ..............................................18

IX.     Appendices

        A.  Current Vita of Ron Throupe........................ A-1
        B.  Delay in Sale Analysis...............................B-1

1

# I.   Introduction

This expert report was prepared in connection with the case of *Green Hills Development Company, LLC, Heartland Development Company, LLC, Lennox Development, LLC, Provonce Development, LLC and Benjamin O. Turnage v. Credit Union Liquidity Services, LLC, Texans Credit Union, Judith Clinkard-Moore, Mark Morganfield, David Addison, Steve Roemerman, Jay Champion, and Bill Henderson*; In the United States District Court, Northern District of Texas, Dallas Division; Civil Action No. 3:11-CV-1885-P

The purpose of this report is to render an opinion as to whether delays in payment of draw requests associated with the development of the Stonebridge Development Project (the property) resulted in a change to the project risk and resulted in a material damage to the development.  Second, what are the damages categories due to delays in payment of draw requests associated with the development of the Stonebridge Development Project.

2

## II.    Summary of Opinion

It is my opinion that the developer acted in a reasonable manner and in good faith to continue the development in a timely manner.

It is my opinion that the Stonebridge Development project suffered from a lack of execution of timely payment of construction draws requests.

It is my opinion that the lack of timely payment of construction draw request resulted in a material change in the risk of the project.

It is my opinion that the Stonebridge Development project has suffered material damages due to extended timing of development.

It is my opinion that the Stonebridge Development project has suffered a material damages due to a change in market conditions resulting from delays to the project.

It is my opinion that the Stonebridge Development project has suffered a material damage due to incremental costs in an attempt to rectify delays from construction draws.

It is my opinion that but for the lack of execution of payments for draw requests the developer would have realized it's sell out.

It is my opinion that the Stonebridge Development lost the option to develop the project going forward and ultimately the option to sell the remainder of the property because of tax forfeiture.

3

## III.  Compensation

My services related to this case are billed at a rate of $250 per hour and $400 for testimony at deposition or trial.

Chen Huo's billing rates for this case are $75 per hour and $150 per hour respectively.

## IV.  Qualifications

The following is a list of all publications that I have authored or coauthored in the previous 10 years. A current Vita of Ronald L. Throupe Ph.D. MRICS is attached as Appendix A to this report.

"Event Study Methodology for Real Estate," Ron Throupe and Chen Huo, The Appraisal Journal, under revision.

"Contamination, Trespass & Underground Rents:" Andrew Kraus, Ron Throupe, John Kilpatrick, Will Speiss, Journal of Property Investment and Finance, Forthcoming Spring 2012.

"Debundling Property Rights for Contaminated Properties: Valuing the Opportunity Cost of the Right to Sell Using Cumulative Options," International Real Estate Review, Ron Throupe, Roby Simons. International Real Estate Review, Vol. 15, No. 1, Spring 2012.

"The Statistical Properties of Paired Sales Analysis," Ron Throupe, Max Kumerrow, The Appraisal Journal, under revised and re submitted.

"Eminent Domain: Do all Agencies Pay Fair Market Value?" Ron Throupe, Brain Fullbright, under review Journal of Real Estate Research

"Meta Analysis of Contaminated Non-Residential Properties" Roby Simons, Ron Throupe, Jesse Saginaw, Journal of Property Investment and Finance. Summer 2011 Vol. No 4.

"Apartment Prices Discounts for Duress", Ron Throupe, Paul Books, Steven Saules, under re submit Journal of Real Estate Research

Apartment Duress: A Multi City Approach, Ron Throupe, Paul Books, Chen Huo, Steven Saules, Ares 2012, target: Journal of Real Estate Finance & Economics.

"Transit Corridor Valuation" Wayne Hunsperger, Amy Mcguire and Ron Throupe, under review, The Appraisal Journal.

"The Use of Focus Groups for Real Estate Valuation," Ron Throupe, The Appraisal Journal, Fall 2011.

4

"Valuation of Impaired Property", Ron Throupe, John A. Kilpatrick, Bill Mundy and Will Spiess, Chapter 6 in *When Bad Things Happen to Good Property*, Robert Simons, ed., (Washington, DC: National Environmental Law Center, July 2007).

"The Effect on Property Values of a Transit Tunnel," John Kilpatrick, Ron Throupe, John Carruthers, Journal of Real Estate Research, Fall 2007.

"An Exploratory Review of the Effects of Toxic Mold and Real Estate Values." Ron Throupe, Robert Simons, The Appraisal Journal, Spring 2005, 156 – 166.

"Corporate Value of Low Income Tax Credit Housing," Ron Throupe, & William Goolsby, Journal of Applied Real Property Analysis, May 2004.

"The Future of Real Estate," John Carruthers, John Kilpatrick, Bill Mundy, Ron Throupe. Real Estate Issues, Spring, 2003.


A list of cases, in which I have testified as an expert at trial or deposition in the last four years, follows:

5

**List of Cases**

List of all other cases in which, during the previous 4 years, I have testified as an expert at trial or by deposition.

# List of Cases

| Case Name | Project Type | Court | PLAINTIFF ATTORNEY | Trial | Depo | Expert | Date |
|---|---|---|---|---|---|---|---|
| Bears et al. v. Port of Seattle | Eminent Domain and diminution in value | Superior Court, King County, WA | Pfau,Cochran, Veritas, & Amala | | x | x | 6/1/2011 |
| Olsen & Seattle Pacifc University | Contaminated Property Valuation | Superior Court, King County, WA | Johannessen & Associates | | x | x | 918/2010 |
| v. Shirhzali Hinji | | | | | | | 7/15/2010 |
| Exxon vs, Louie's restaurant | contamimated site | US Distrcit Court, Seattle | Johannessen & Associates | | | | settled |
| Wehrkamp, Child v. Wehrkamp | Evaluaiton of degree programs | Seventh Judical Court, SD | J. Nooney, Nooney, Solay, Van Norman | | x | | 7/23/2010 |
| Tara Woods LP V. Fannie MAE | Apartment and duress | US Dstrict Court, Denver CO | Ekker & Mcnally | | x | x | 6/30/2011 |
| Tara Woods LP V. Fannie MAE | Apartment and duress | US Dstrict Court, Denver CO | Ekker & Mcnally | | x | x | 3/11/2011 |
| Tara Woods LP V. Fannie MAE | Apartment and duress | US Dstrict Court, Denver CO | Ekker & Mcnally | | x | x | 5/15/200 |
| Fischer Properties v. USA | Leasehold Valuation | US District Court, Washington DC | Akin Gump Strauss (Wash DC) | | x | x | 6/22//2005 |
| Hetrick v. EIFS Manufactures et al | Toxic Mold & EIFS Damages | Newark NJ Superior Court | Peter Davidson ESQ | | x | | 8/28/2006 |

**EXAMPLE OF CASES AS AN EXPERT THAT WERE SETTLED PRIOR TO TRIAL OR IN PROCESS**

| Case Name | Project Type | Court | PLAINTIFF ATTORNEY | Trial | Depo | Expert | Date |
|---|---|---|---|---|---|---|---|
| Owens Corning v. CO DOT | Eminent Domain | Superior Court Denver | MIKAELA V. RIVERA ATTORNEY AT LAW | | | x | pending |
| Union Pacific v. Co Dept of Trans | Eminent Domain | Superior Court Denver | Schell & co | | | x | pending |
| Chaipinelli v. Kilomhaus & Walker Inc | Construction Defect Damages | District Court, Garfield County, CO | Sullen2, Sangrund, Smith & Perczak | | | x | 1/9/2009 |
| Heritage Green HOA v. Heritage Green & Legacy Development | Construction Defect Damages | District Court, Adams County, CO | Sullen2, Sangrund, Smith & Perczak | | | x | 6/1/2008 |
| Spencer v WADOT | Eminent Domain Valuation | Tacoma WA Superior | Goodstein Law LLP | | | x | 11/12/2008 |
| Weyhauser v. Port of Tacoma | Eminent Domain Valuation | Superior Court, Tacoma | Goodstein Law LLP | | | x | Apr-06 |
| Bullard v. Champion | Contaminated Property Valuation | Superior Court, King County, WA | Johannessen & Associates | | | x | 10/10/2006 |
| Darigold v. Leathercare | Contaminate Property Valuation | Superior Court, King County, WA | Johannessen & Associates | | | x | May-06 |
| Jackson et al. v. Conoco | Contaminated Property Valuation | District Court, Logan County, CO | The Hannon Law Firm | | | x | 3/12/2008 |
| Katrina-Murphy OIL | Detrimental Conditions and contamination damages | District Court New Orleans LA | Bechnel law firm, LA | | | x | settled in appeal court |
| Celebrity Cruise line v Essef | Legionairs desease and damages to value | District Court, NYC | Hill, Betts & Nash LLP, NYC | | | x | May-06 |
| Neodesha v BP Oil | Contamination: Neodesha KS | District Court, Kansas City | Edgar law Firm | | | x | Apr-07 |

6

# V.    Materials Reviewed and Examined

The following materials were reviewed in forming my opinions:

- Plaintiff's Third Amended Original Petition;
- Plaintifff's first supplemental response to defendants' request for disclosure, Dated July 14, 2009;
- Southern Rock, LLC Agreement Dated May 4, 2006;
- Video Deposition of Southern Rock, LLC Edmond Turnage Dated June 16, 2010;
- Loan Agreement Dated August 5, 2005 between Green Hills Development, LLC and Texans Commercial Capital, LLC;
- Appraisal Request from Allison W. Marsh, Dated July 22, 2008 to Mark R. Lamb Integra Realty Resources;
- Appraisal Report by Integra Realty Resources, Dated August 27, 2008;
- Appraisal Report of Hyde Park Property, Dated September 26, 2007 by Butler Burger, INC;
- Appraisal of 16.06 acres for Hugh Carr Rankin County School District Dated January 10, 2008;
- Appraisal of 78 Lots in Provence Subdivision, Dated October 3, 2007 by Butler Burger, Inc;
- Appraisal of 403.83 Acres for Heartland Development Company, LLC, Dated May 17, 2007;
- Appraisal of 403.48 Acres for Joel B. Fox Texans Commercial Capital, Dated June 21, 2005 by Butler Burger;
- Draw File One Pages 1-161;
- Draw File Two Pages 1-127;
- Project Delay Economics by Randall Bell, The Appraisal Journal, Fall 2011, Page 292-300;
- Estimating Economic Damages Due to Loss of Marketability, Rentability, and Stigma by Phillip S. Mitchell, The Appraisal Journal, April 2000, Page 162- 170;
- " Debundling Property Rights for Contaminated Properties: Valuing the Opportunity Cost of the Right to Sell, Using Cumulative Options" International Real Estate Review, Vol 15., No. 1, Spring 2012;
- Real Estate Damages, Randal Bell, Orel Anderson, Michael Sanders, 2nd ed. 2008;
- Master plan drawing;
- Final plat, Pebble Creek Phase 1, by Mendrop-Wages;
- Boulevard B and Frontage Road A Roadway Plans;
- School Road Plans, Dated January 2008 by Mendrop-Wages;
- Copiah Bank purchase option agreement, Dated August 21, 2008;
- Copiah Bank earnest money amendment, Dated May 20, 2010;
- Zoning map by Heartland Development;
- Purchase and Sale Agreements, Sembler 1st – 4th amendments;
- Marcus Martin Agreement, Dated March 6, 2007;
- CVS Signed agreement, by Reddlands Inc, Dated December 14th, 2007;

7

- Marcus Martin Breach letter, Dated April 1, 2010;
- Development Pricing Index;
- ALTA Survey, Dated June 30, 2005 by Mendrop-Wages;
- Aerial Photos of site, 5 pages;
- Phase I Environmental;
- Anthony Thomasson, Vicknair Builders letter, Dated March 1, 2010.

8

# VI.  Conclusions and Expert Opinions

**Effects of Impairment on Property Values**

Real estate economics – and appraisal practice – uniformly recognizes that an impairment has a negative impact on property values. Indeed, appraisers are required by the Uniform Standards of Professional Appraisal Practice to consider the impacts of time in the value estimation process. Much of the literature related to a development model of analysis or discounted cash flow pro forma is based on the selection of discount rates, the timing of cash flows, and any changes in market conditions during the development process and the likelihood of a project going forward, being delayed or abandoned.

**Damages**

The result of the conditions at the Stonebridge Development Property leads to a diminution in value of the development.  The damages are the loss of the ability to control the timing of development as a result of delays which ultimately led to loss of control.  Another area of losses are what is coined incremental to delays, these include fees paid to cure delays, the use of equity in lieu of loans proceeds, contract costs to substitute for or expedite after delays. In addition any market conditions change that would have been avoided but for any delays.  Damages are traditionally measured using a "before vs. after" analysis.  This is before any material change and after any material change to the development project. This type of analysis will capture losses due to a change in timing of a project and a change in market conditions.   One would then include the incremental costs of delays to quantify the total estimate of damages.

**Construction Delays**

A recent article in the Appraisal Journal by Randell Bell, Project Delay Economics[1] summarizes how project delays can lead to economic losses. He goes on to say that the delay can have a positive,

---

[1] Bell, Randell, "Project Delay Economics," The Appraisal Journal, Fall 2011, 292 -300.

negative or neutral effect on value depending on the market conditions from the start of any delay to when any delay is rectified. He concludes by claiming that project delay methods should be considered when evaluating real estate damages. Construction delays are a class IV detrimental condition as acknowledged in the Real Estate Damages text published by the Appraisal Institute.[2]

The underlying concept for construction delays is the time value of money, that timing has an impact on value and can create lost opportunity or options going forward. A construction project is based on the ability to coordinate and deliver a project or phases of a project in a timely and predicted manner. When this timing is disrupted it can have a cascading effect on future decision making and ability to create value. The result of delays results in disputes, damage claims and in the worst case, total abandonment or forfeiture.

A project delay can be analyzed based on a set of potential damages or costs. The first of which is the time value of money for a delay of a project or sale. For example a delay in an overall project based on the time value of money using for example a discount rate of 12% per year, results in 1% per month in overall loss in value of the project. This represents the loss of use or loss of ability to complete a sale due to delays in completion. Another area of damages is what Bell considers incremental costs. These costs are associated with additional costs created because of the project delay. These costs include items such as additional efforts to cure the delay, additional fees or enalties created by the delay, and lost opportunities because the timing has changed. An example is fees or costs that are additional to prior expectations because of a need to expedite or extend contracts. A third area of loss is when the market changes in a negative manner in comparison to prior to the delay. A delay can lead to lower sale prices or a lack of sales if the market conditions turn downward and ultimately can lead to project abandonment. Finally a land development project delay can be assessed in terms of the cash flow analysis and timing prior to the delay and the cash flow analysis and timing after the delay. The damages can be measured by the expected cash flow in comparison to the cash flow after the delay. Again this is known in the valuation literature as a type of "before vs. after" or "but for" analysis.

---

[2] *Real Estate Damages*, Randell Bell, Orell Anderson, & Michael Sanders, 2nd edition (Chicago IL, Appraisal Institute: 2008): 123.

10

## Delay in Marketability

For illustration purposes the project value damage from a timing delay can focus on a delay in marketability. Phillip Mitchell, in his article "Estimating Economic Damages to Real Property Due to Loss of Marketability, Rentability and Stigma,"[3] points out that a generalized model to estimate damages from environmental issues can be developed. He goes on to develop a paradigm to use for analysis of construction defects, title defects or contamination. This analysis separates compensable damages into two parts, the direct and indirect effects on value. Thus, the model can be used to assess general delays in development.

These same concepts can be used to illustrate that a delay in project timing of cash flows regardless of price stability will decrease the value of the project. We can then add a change in market conditions to illustrate the compound effect of timing and marketability. The Stonebridge Development Property at one point in time had proposals to purchase the residential lots associated with phase One demonstrating a demand by builders to take down the available building lots. There was also the need to complete infrastructure at the site. But the property development was delayed from a lack of coordination of construction draw payments which created uncertainty for the Developers and related parties such as sub-contractors. The Mitchell work and model illustrates that time is a value consideration even if prices are stable and if price is not stable the project value is reduced substantially.

Using a methodology akin to Mitchell, one can illustrate possible discounted outcomes of a loss of marketability or sale of property. The model is flexible and one can change discount rates or probabilities of outcomes to customize the scenario. Examples are shown as Appendix B to this report. The first model consists of using a discount rate of 11% for land. The model then discounts the likelihood of a sale based on a delay because of inability to complete development. Using this model one can utilize various scenarios as least to most likely for a subject property. Utilizing a delay in sale of two years from 2007 forward because of the need for completion of infrastructure and the unknown risk for a buyer to purchase lots (such as cost to cure, monitoring, unknown deed

---

[3] Mitchell, Phillip S., "Estimating Economic Damages to Real Property Due to Loss of Marketability, Rentability, and Stigma," The Appraisal Journal, April 2000, 162-170.

11

restriction, mortgageability) the loss in value is estimated to be 27%, rounded. This is considered conservative because the model assumes an actual sale will take place in year 2010, and not a probability of a sale as used by Mitchell. Table 1 does not include any loss in rent, assuming the market value of the property is constant and market conditions did not change.

Table 2 in Appendix B illustrates a second model which uses a delay in sale, and a lowering of market value to 70% of the previous levels. This model shows a loss in value of 48%. This model was also done using the conservative approach of selling the property in what amounts to be year 2010. Later sales dates would lead to larger present value losses to the property.

Table 3 in Appendix B illustrates a third model which uses a delay in sale, and a lowering of market value to 30% of the previous levels. This model shows a loss in value of 78%. This model was also done using the conservative approach of selling the property in what amounts to be year 2010. Later sales dates would lead to larger present value losses to the property. The worst case is the forfeiture of the property with no sale. This would constitute the loss of control of the property.

As Mitchell states the result is the "expected discounted value method estimate of the economic losses."[4] By comparing the models "we can also conclude that an early delay in taking action to sell building lots may have quite a significant effect on value."[5] A project with multiple phases and property utilization rely on prior phases to create demand for services that will be part of the overall development. For example the creation of retail shops and services is dependent on creation of demand as a result of household formation within the development. The lack of residences or delay creates hesitancy by retailers and other commercial enterprises to act and commit to buy or build on a site proximate or part of the development project. One can also see by comparing the various scenarios that the majority of damages are due to delay in marketability of the sale. Mitchell goes on to say the model is "market based, disaggregative, and satisfies scientific standards of proof."[6] The model can be used to address various scenarios and probabilities of sales.

---

[4] I Mitchell, Phillip S., "Estimating Economic Damages to Real Property Due to Loss of Marketability, Rentability, and Stigma," The Appraisal Journal, April 2000, 169.
[5] Ibid Mitchell, Phillip S., et al, 169.
[6] Ibid Mitchell, Phillip S., et al, 169.

12

## Additional Methods

Another methodology available to explain value changes is the concept of real options. Real options are options pricing models and probability of events going forward for capital budgeting, and development decisions. Such options include the option to wait to develop, the option to change development, and the option to abandon. Unfortunately, appraisals are most times exclusively based on the right of disposal, and hence may miss value diminution due to a loss of other parts of the bundle of rights, including lapsed time between the desired sale date and actual date. A forthcoming article "Debundling Property Rights for Contaminated Properties: Valuing the Opportunity Cost of the Right to Sell, Using Cumulative Options"[7] focuses on the control portion of these property rights, specifically on the right to control the timing of sale (or development). This model can be used regardless of what is the ultimate cause of delay to development. There are a set of theoretical research papers that construct a framework to assess real options. The literature that addresses the option to develop can be segmented into initial development and the redevelopment option. Seminal work by Titman (1985)[8] stimulates the use of the real options theory as a new way to study the optimal timing and scale of development for vacant land under uncertainty.

He models land valuation that incorporates the option of waiting for new information. Williams (1991)[9] has developed a mathematical model to determine the optimal date and density for development of undeveloped real estate (or alternatively, the optimal date of abandonment), based on changes in anticipated revenue streams and development costs over time. Capozza and Sick (1994)[10] analyze the effect of changes in model parameters on the development of vacant land at the urban fringe. Agricultural prices are decomposed into three components: the value of pure agricultural land, a growth premium, and an uncertainty premium. The development option is the sum of the growth and uncertainty terms. The authors conclude that the value of agricultural land prices rises as the urban fringe approaches due to increases in the option value component of land value.

---

[7] Simons, Robert & Ron Throupe, "Debundling Property Rights for Contaminated Properties: Valuing the Opportunity Cost of the Right to Sell, Using Cumulative Options", International Real Estate Review, Vol 15, Spring 2012.

[8] Titman, S. (1985). Urban Land Prices under Uncertainty, *American Economic Review,* 75, 505-514.

[9] Williams, J.T. (1991). Real Estate Development as an Option, Journal of Real Estate Finance and Economics, 4, 191-208.

[10] Capozza, D. and Sick, Y. (1994). The Risk Structure of Land Markets, *Journal of Urban, Economics,* 35, 297-319.

13

Grenadier (1996)[11] combines a game-theoretic approach and a real options framework to explain why there exists a dichotomy of a building boom in the face of declining demand and property values. He shows that real options can explain the rational response when the developer's option to build may effectively expire due to preemption by another development. Thus, although building in a declining market is harmful to the developer, it is less harmful than being a follower in a declining market.

Mitchell (2000)[12] discusses the concept of an economic loss in delaying a transaction. He claims that much of the damages can be explained by a delay in the ability to transact. Mitchell shows in the context of probability, to sell and present value that discount losses and claims, most of the damages can be explained by a loss in marketability or rentability, compared to a non-delay situation. Although he does not frame the scenario as a real option, his example results in losses of 60% or greater in present value.

Most recently, Wang and Zhou (2006)[13] derive an equilibrium real options model for multiple market forms. They find that under a monopolistic market form, the optimal option exercise strategy in real estate markets is opposite to financial markets. They conclude that the result implies the importance of attention to the institutional details of the underlying market when analyzing option exercise strategies.

Real options are options pricing models and probability of events going forward for capital budgeting, and development decisions. For this case they can be used to explain the loss of ability to act. Ultimately the loss of control of the project results in the loss of the option to develop and the loss of the option to sell the remainder of any project at any given time, leading to a 100% loss of the remaining project going forward.

---

[11] Grenadier, S. R. (1996). The Strategic Exercise of Options: Development Cascades and Overbuilding in Real Estate Markets, *Journal of Finance*, 51, 1653–1679.

[12] Mitchell, P.S. (2000). Estimating Economic Damages to Real Property Due to Loss of Marketability, Rentability, and Stigma, *The Appraisal Journal*, April, 162-170.

[13] Wang, K. (2006). Equilibrium Real Options Exercise Strategies with Multiple Players: The Case of Real Estate Markets, *Real Estate Economics*, 34, 1, 1-49.

14

These results are restated in the Summary of Opinions section of this report.

The opinions contained in this report are based on the information made available to me as of the date of this report. Discovery in the case is ongoing. This report may be supplemented if newly discovered information becomes available or if other information is brought to my attention.

15

**Signature:**
I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct.

Executed this 24th day of February, 2012 at Denver, Colorado.

Ronald L. Throupe, Ph.D. MRICS
WA St certified general appraiser: #1101681
CO certified general appraiser: # 100016449

**List of Enclosures**
Appendix A: Current Vita of Ronald L. Throupe
Appendix B: Delay in Sale Analysis

16

# VII. General Assumptions

1.  The legal descriptions used in this report are assumed to be correct.

2.  The appraiser has made no survey of the property and no responsibility is assumed in connection with such matters. Any sketches that appear in this report are included only to assist the reader in visualizing the property.

3.  No responsibility is assumed for matters of legal nature affecting the title to the properties nor is an opinion of title rendered. The title is assumed to be good and merchantable.

4.  Information and data furnished by others are assumed to be true, correct, and reliable. When such information and data appears to be dubious and when it is critical to the analysis, a reasonable effort has been made to verify all such information; however, the appraiser assumes no responsibility for its accuracy.

5.  All mortgages, liens, encumbrances, leases, and servitudes have been disregarded unless so specified within the report. The property is analyzed as though under responsible ownership and competent management.

6.  It is assumed that there are no hidden or unapparent conditions of the property, subsoil, or structures that would render it more or less valuable. No responsibility is assumed for such conditions or for engineering work, which may be required to discover them.

7.  It is assumed that there is full compliance with all applicable federal, state, and local environmental regulations and laws unless non-compliance is stated, defined and considered in this report.

8.  It is assumed that all applicable zoning and use regulations and restrictions have been complied with, unless nonconformity has been stated, defined and considered in this report.

9.  It is assumed that all required licenses, consents, or other legislative or administrative authority from any local, state, or national government or private entity or organization have been or can be obtained or renewed for any use on which the value estimate contained in this report is based.

10. It is assumed that the utilization of the land and improvements is within boundaries or property lines of the property described and that there is no encroachment or trespass unless noted within this report.

11. We are not expert in determining the presence or absence of hazardous substances defined as all hazardous or toxic materials, wastes, pollutants or contaminants (including, but not limited to, asbestos, PCBs, or other raw materials or chemicals) used in construction or otherwise present on the property. We assume no responsibility for the studies or analyses, which would be required to determine the presence or absence of such substances or for loss as a result of the presence of such substances.

17

# VII. General Limiting Conditions

1. The appraiser will not be required to give testimony or appear in court because of having made this analysis, with reference to the property in question, unless arrangements have been previously made.

2. Possession of this report, or a copy thereof, does not carry with it the right of publication. Any person, party or entity other than the party to whom it is addressed without the written consent of Throupe & Associates LLC may not use it for any purpose. Any person, party or entity other than Throupe & Associates LLC or the client who obtains and/or uses this report or its contents for any purpose not authorized by Throupe & Associates LLC or the client is hereby forewarned that all legal means to redress may be employed against said person, party or entity.

3. The distribution of the total valuation in this report between land and improvements, if any, applies only under the reported highest and best use of the property. The allocations of value for land and improvements must not be used in conjunction with any other appraisal and are invalid if so used.

4. No environmental impact studies were either requested or made in conjunction with this analysis other than as noted, and Throupe & Associates LLC hereby reserves the right to alter, amend, revise, or rescind any of the value opinions based on any subsequent environmental impact studies, research, and/or investigation.

5. Neither all nor part of the contents of this report, or copy thereof, shall be conveyed to the public through advertising, public relations, news, sales, or any other media without written consent and approval of Throupe & Associates LLC.

6. Acceptance of and/or use of this report constitutes acceptance of the foregoing General Assumptions and General Limiting Conditions.

7. The compensation for research services is dependent only on delivery of this report and is not contingent on the estimates provided.

18

# VIII.  Certification

## Certification Statement for an Appraisal Consulting Report

I certify that, to the best of my knowledge and belief:

-- The statements of fact contained in this report are true and correct.

-- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, conclusions, and recommendations.

-- I have no present or prospective interest in the property that is the subject of this report, and I have no personal interest with respect to the parties involved.

-- I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

-- I have no bias with respect to any property that is the subject of this report or to the parties involved with this assignment.

-- My engagement in this assignment was not contingent upon developing or reporting predetermined results.

-- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal consulting assignment.

-- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the *Uniform Standards of Professional Appraisal Practice*.

-- I have made a personal inspection of the property that is the subject of this report.

-- No one provided significant real property appraisal or appraisal consulting assistance to the person signing this certification.

-- The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.

-- The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

-- As of the date of this report, I Ronald L. Throupe has completed the continuing education program of the Appraisal Institute.

-- As of the date of this report, I Ronald L. Throupe has completed the Standards and Ethics Education Requirement of the Appraisal Institute for Associate Members.

_____        2/24/12
Signature                                              Date
Ronald L. Throupe Ph.D. MRICS

# Appendix A

# Current Vita

# Of

# Ronald L. Throupe, Ph.D.

A-1

## RONALD L. THROUPE, Ph.D. MRICS
### PROFESSIONAL QUALIFICATIONS
944 Aztec Drive
Castle Rock, CO 80108
rthroupe@du.edu
Cell: (425) 681-6602


Ron Throupe has 25 years of experience in the real estate & construction industry in various roles. He has been a licensed general contractor and is a certified general appraiser in the states of Washington and Colorado. While employed at major universities Ron serves as a consultant on valuation methods. He has provided expert valuation & consultation services on a full time basis as Director of Operation of Mundy Associates in Seattle, a national real estate economics consulting and valuation firm. The firm is most known as the lead plaintiff experts for the Exxon Valdez case and Hearst property analysis for conservation.  Ron has recently been part of the Katrina Hurricane oil spills ligation and Celebrity Cruise line analysis and valuation for settlement.

In January of 2007, Ron joined the Burns School of Real Estate & Construction Management at the University of Denver. He continues to focus on complex real estate and litigation. Some of his recent projects include:

o          Litigation support for contaminated property class action lawsuits.

o          Expert for litigation of pipelines and asbestos contamination of land.

o          Valuation of damages for construction defects litigation.

o          Valuation of leasehold and leased fee for Eminent Domain Litigation

o          Valuation of construction delays.

o          Valuation of transit corridors.

o          Market analysis of multi-phase development projects.

o          Proximity effects of negative externalities on local markets and valuation of surrounding

o          properties.

o          Valuation of Toxic Mold contaminated homes.


Ron is frequently asked by the media to comment on current real estate market conditions. He has been quoted on CNBC, Huffington Post, Fox News, National Public Radio, and major network TV. Ron has made presentations to the American Real Estate Society annual meetings, the Appraisal Institute special programs on Distressed Property, the National Hazard Mitigation Conference, the National Council of Real Estate Investment Fiduciaries, and Law Seminars International.

Ron is a member of the research committee of NCREIF (National Council of Real Estate Investment Fiduciaries); MRICS, Royal Institute of Chartered Surveyors, Member of CCIM; Appraisal Institute Associate Member; a Fellow of the American Real Estate Society; and a member of the American Real Estate and Urban Economics Association.  He also serves on the editorial board of the Journal of Real Estate Sustainability.

A-2

**RONALD L. THROUPE, Ph.D.**
944 Aztec Drive
Castle Rock, CO 80108
rthroupe@du,edu
Cell: (425) 681-6602

**Burns School of Real Estate & CM**
**Daniels College of Business**
2101 S. University Blvd. Ste 389
Denver. CO 80208
(303) 871-3748

## Education

| | |
|---|---|
| Doctor of Philosophy<br>Business<br>1995 | University of Georgia, Terry School of Business,<br>Athens, Georgia<br>Dissertation Title: Portfolio Diversification of Retail<br>**Centers Stratified by Center Type, Chair Hugh Nourse** |
| Master of Business<br>1989 | University of Georgia<br>Athens, Georgia<br>**Emphasis: Finance/Real Estate, Research Asst. for**<br>**James Kau** |
| Bachelor of Science<br>1983 | University of Connecticut<br>Storrs, Connecticut<br>Emphasis: Civil Engineering |
| Bachelor of Arts<br>1983 | Fairfield University<br>Fairfield, Connecticut |

**Appraisal Institute Courses**   **410, 420, 510, 520, 530, 550, USPAP updates**

WA St. certified general licensed appraiser # 1101681
CO certified general license appraiser # 100016449

**Argus Software**   Certified Argus DCF and Developer
Certified Instructor

## University Employment

2007 - Current   University of Denver, Burns School of Real Estate &
Construction Management, Denver CO.
Assistant Professor

2005-2006   North Seattle Community College Commercial Real Estate
Curriculum

University of Illinois at Chicago, Great Cities Institute.
Teaching area: Real estate finance,   Distance
learning and professional programs

A-3

| | |
|---|---|
| 1999-2002 | Associate & Acting Director: Runstad Center for Real Estate Studies University of Washington (Acting Director: 2001-2002) Directed daily operations of the center and research activities; Directed graduates students and employees work;<br><br>Presentations on current topics to the real estate community. Teaching area: Real estate finance, Investments & valuation |
| 1997-1999 | Washington State University Interim Director of the Real Estate Program |
| 1995-1999 | Assistant Professor, Washington State University.  Teaching area: Real estate finance, investments, appraisal |

**Industry Employment**

| | |
|---|---|
| 2009-present | American Valuation Partners LLC, Partner, real estate valuation and economics in litigation. |
| 1996-present | Throupe & Associates LLC, real estate economic analysis |
| 2005-2007 | Greenfield Advisors (formerly Mundy Associates LLC) Director of Operations |
| 2002-2005 | Mundy Associates LLC, Faculty Fellow and Senior Analyst focused on Economic & Market Analysis |
| 1990 to 1992 | Owner, Superior Design, residential construction, Stratford, Connecticut |
| 1985 to 1987 | Project and field engineer, Walsh Construction Co., Trumbull, CT, A division of Guy F. Atkinson |
| 1983 to 1985 | Junior engineer, Planning Research Corp., Stamford, CT |
| 1977 to 1985 | Local #1719 Allied Construction Trades, Bridgeport CT |

**Publications**

Contamination, Trespass & Underground Rents: Andrew Kraus, Ron Throupe, John Kilpatrick, Will Speiss, Journal of Property Investment and Finance, Vol. 30, Spring 2012.

Debundling Property Rights for Contaminated Properties: Valuing the Opportunity Cost of the Right to Sell Using Cumulative Options, International Real Estate Review, Ron Throupe, Roby Simons, International Real Estate Review, Vol. 15, No. 1, Spring 2012.

The Use of Focus Groups for Valuation Research, Ron Throupe, Appraisal Journal, Fall 2011 pg. 301-313.

A-4

Meta- Analysis of Contaminated Commercial Properties, Journal of Property Investment and Finance Vol. 29 no 4, 2011. Ron Throupe, Roby Simons Jesse Saginor.

The Impact of Transit Corridors on Residential Property Value, John Kilpatrick, Ron Throupe, John Carruthers, Journal of Real Estate Research, Vol. 29. No.3, 2007.

An Exploratory Review of the Effects of Toxic Mold and Real Estate Values.  Appraisal Journal, Spring 2005, 156 – 166.

Corporate Value of Low Income Tax Credit Housing, co-author with William Goolsby, Journal of Applied Real Property Analysis, May 2004.

The Future of Real Estate, John Carruthers, John Kilpatrick, Bill Mundy, Ron Throupe, Real Estate Issues. *Real Estate Issues,* Spring, 2003

## Books, Chapters & Monographs
"Valuation of Impaired Property" Ron Throupe, John A. Kilpatrick, Bill Mundy, and Will Spiess, Chapter 6 in *When Bad Things Happen to Good Property*, Robert Simon, ed., (Washington, DC: National Environmental Law Center, July 2007.

Introduction to Real Estate, Prentice Hall, July, 1995, ISBN # 0-536-58939-9

Commercial Real Estate, Chapter nine, Washington Association of Realtors, licensing education,1996.

Instructor's manual for Real Estate Principles, Charles Floyd, and Marcus Allen,   Dearborn Financial Publishing, fifth edition, February 1997.

## Others
Office Market Conditions quarterly, Runstad Center for Real Estate Studies, University of Washington

R&D/Office Market Update, National Council of Real Estate Investment Fiduciaries, (NCREIF), 1996,1st Quarter report.

Landlord Tenant Law (with Jack Purdie), Spokesman Review, 1995.

Shopping Center Research: Are All Centers Alike?, Centerview, Fall 1994, pg. 10.

WA State University Real Estate Program Update, Centerview,

## Awards
Summer Research Grant 2011
Summer research Grant 2010
Center for Ethics and Sustainability Research Grant 2011
Social Science Research Network:  top ten Downloads: 2008

**Work in Progress**

Apartment Prices Discounts for Duress, Ron Throupe, Paul Books, Steven Saules, under review Journal of Real Estate Research

The Event Study Windows and Real Estate Detrimental Conditions, under review, Appraisal Journal, Ron Throupe & Chen Huo.

The Event Study Methodology and Real Estate Analysis: A Case Study, Chen Huo & Ron Throupe, IRES 2012, Macau, China.

Statistical Properties of Paired Sales, Max Kummerow & Ron Throupe, under review Appraisal Journal.

Eminent Domain: Do all Agencies Pay Fair Market Value? Ron Throupe, Brain Fullbright. Under review Journal of Real Estate Research

The Herfindahl Index and the Real Estate Brokerage Industry, Ron Throupe and Paul Books. Revision for Journal of Housing Research

Eminent Domain, Moral Hazard, Alignment of Interest, Does it pay to Contest Eminent Domain? Ron Throupe & Marc Mueller

Transit Corridor Valuation for Eminent Domain, Wayne Hunsperger, Amy Mcguire, Ron Throupe, Under review Appraisal Journal.

Valuation of Agricultural Lands for Eminent Domain, Ron Throupe, Wayne Hunsperger, working paper.

Residential Carbon Compliance and Costs, Ron Throupe, Stephen, Sewalk, target: Journal of Real Estate Sustainability, working paper.

Eminent Domain after Kelo, Ron Throupe, Stephen Sewalk, Revision for Appraisal Journal

Apartment Duress: A Multi City Approach, Ron Throupe, Paul Books, Chen Huo, Steven Saules, Ares 2012, target: Journal of Real Estate Finance & Economics.

Airports Price Effects Before and After Decommissioning, Ron Throupe, Chen Huo & Tom Thibideau, ARES 2012, St. Petersburg, FL

Fracking and Real Estate Value Affects, Ron Throupe, Roby Simons and Chen Huo,

CCIM member, Interests and Collaboration Opportunities with ARES, Chris Manning, Ron Throupe, ARES 2012 St. Petersburg, FL

Pricing Market Impacts on Elevated Homes in Flood Plains Ron Throupe & Bob Freitag, University of Washington

A-6

**Academic Presentations**

July 2012, The Event Study Methodology and Real Estate Analysis A Case Study, Ron Throupe and Chen Huo, International Real Estate Society (IRES), Macau, China.

April 2012, Hydro-Fracking and Real Estate Values, Ron Throupe, Chen Huo, Roby Simons, American Real Estate Society annual meeting, St. Peterburg, FL.

April 2012, Airport Closure and Housing Prices, Ron Throupe, Chen Huo, Tom Thibideau, American Real Estate Society annual meeting, St. Peterburg, FL.

April 2012, Distress Apartments and Pricing: A Multi-City Approach, Ron Throupe, Paul Books, Chen Huo, & Steven Saules, American Real Estate Society annual meeting, St. Peterburg, FL.

April 2012, Real Estate Economics: How to Get Real Estate Going Again, American Real Estate Society annual meeting, St. Peterburg, FL.

April 2012, CCIM and Research Needs Assessment, American Real Estate Society annual meeting, St. Peterburg, FL.

April 2012, Moderator, American Real Estate Society Education and Special Topics Seminar, St. Petersburg, FL.

April  2011, The Option to Pollute, Ron Throupe & Roby Simons, American Real Estate Society annual meeting, Seattle WA.

April 2011, Valuation of Distress Multi – Family, Ron Throupe, Steven Saules, & Paul Books, American Real Estate Society annual meeting, Seattle WA.

April 2011, Discussant: A Public Trust Doctrine for Hong Kong, American Real Estate Society annual meeting, Seattle WA.

April 2011, Eminent Domain: Moral Hazard, Alignment of Interests: Ron Throupe, Marc Mueller American Real Estate Society annual meeting, Seattle WA.

April 2011, Session Chair, Valuation, American Real Estate Society annual meetings, Seattle WA.

April 2011, Moderator, American Real Estate Society Education and Special Topics Seminar, Seattle WA.

November 2011, Meta -Analysis of Contaminated Commercial Properties, Appraisal Colloquium, Clemson University.

April 2010 Eminent Domain Law and Appraisal Requirements Post Kelo, American Real Estate Society Annual Conference, Naples Florida.

April 2009, Panel member: Distressed Properties with Tom Jackson, Joint Appraisal Institute & American Real Estate Society, one day education seminar, Monterey CA.

## Academic Presentations, Continued

April 2009, Session Chair: Valuing Real Estate Assets During the Financial Crisis, and Beyond, American Real Estate Society annual meeting, Monterey, CA.

April 2009, Valuing Real Estate Assets During the Financial Crisis, and Beyond, Panel member with, Thomas Jackson: Texas A & M, Bill White: Principle Real Capital Analytic, Rick Wincott: Director, Price Waterhouse, American Real Estate Society annual meeting, Monterey, CA.

April 2009, Session Chair, Valuation of Real Property I, American Real Estate Society annual meetings, Monterey, CA.

April 2009, The Use of Focus Groups for Real Estate Valuation, American Real Estate Society annual meeting, Monterey, CA.

April 2008,  "Takings Under Eminent Domain: Do All Agencies Pay "Fair Market Value" American Real Estate Society Conference, Captiva Island, FL, 2008.

April 2008, Session Chair; American Real Estate Society Conference, Capitva Island Fl, Valuation II.

April 2008, Discussant; American Real Estate Society Conference, Capitva Island Fl, Valuation.

April 2007, "Valuation of Underground Rent" Andy Krause, Ron Throupe, John Kilpatrick, Will Speiss, American Real Estate Society Conference, San Francisco, CA.

April 2007, "Automated Valuation Systems an Appraisal Value, Max Kummerow, Ron Throupe, American Real Estate Society Conference, San Francisco, CA.

January 2007, Valuation of Impaired Land: Greenfield Advisors Experience with Contaminated

Sites: Vicki Adams, Max Kummerow, John Kilpatrick, Bill Mundy & Ron Throupe 13th Pacific-Rim Real Estate Society Conference Fremantle, Western Australia.

April 2006, "The Effect on Property Values of A Transit Tunnel", American Real Estate Society Conference. Key West Fl.  Ron Throupe, John Kilpatrick, John Carruthers.

April 2006 Session Chair; American Real Estate Society Conference, Key West Fl, Global Markets III, Cross Market Comparison.

April 2005, "A Meta-Analysis of Contaminated Commercial Properties" American Real Estate Society conference, Santa Fe NM.

April 2005 Expert Panel, Experts in Litigation, American Real Estate Society Conference, Santa Fe NM.

April 2003, "Market Impact of Housing in a Known Flood Plain" American Real Estate Society, national meeting, Monterey, CA.

April 2003, "Toxic Mold and House Price Effects" American Real Estate Society, Monterey, CA.

A-8

## Academic Presentations, Continued

April 2002, "Performance of Students in Real Estate Principles" American Real Estate Society annual meeting, Naples, Florida.

April 1998, Value Range Marketing: Theory and Evidence, American Real Estate Society annual meeting, Monterrey, CA

## Industry Presentations

Winter 2012, Denver Apartment Association, Apartment Economics Conference.

Summer 2011, Denver Apartment Association annual conference, Apartment Market Research.

October 2011, Housing Colorado, Annual conference, Keynote on real estate economic conditions.

January 2009, Keynote speaker, Commercial Real Estate & Economic Update, DMCAR, Denver Board of Commercial Realtors, CRE, CCIM, annual education symposium.

November 2008, "Commercial Real Estate Today": Keynote Speaker, Colorado Assoc. of Realtors, Annual convention, Colorado Springs, CO.

May 2005, Commercial Real Estate Session Chair: Pacific Northwest Economics Conference, Bellingham, WA.

March 2005, "Challenges of Approving a Residential Project" Law Seminars International Residential Redevelopment of Contaminated Property conference, Seattle WA.

May 2004, Moderator: "Commercial Real Estate Issues", Pacific Northwest Economics Conference, Tacoma WA.

May 2004, "Flood Prone Housing", National Hazards Mitigation Conference, Seattle WA.

November 2003, Current Trends in Commercial Real Estate, Appraisal Institute Seattle Chapter.

May 2001, "Real Estate Portfolios and the Investment Opportunity Set, Seattle WA.

September 2000, UW Real Estate, IREM Education, Seattle WA.

June 1998, Alternative Geographical Regions, U.S. Census Regions, NCREIF spring meeting Boca Raton, FL.

June 1996, Low Income Housing Tax Credit, Appraisal Institute's Northwest Chapter.

April 1996, The MAI Designated School Program, Appraisal Institute's Northwest Chapter.

February 1993, NACORE (National Association of Corporate Real Estate Executives) training session, Coral Gables, FL.

June 1993, How to Succeed in Corporate Real Estate, NACORE, Conference, Chicago, IL.

A-9

**Other Community and Professional Service Activities**

Editorial Board: Journal of Real Estate Sustainability, American Real Estate Society, 2010-current.

Reviewer Journal of Real Estate Portfolio Management, 2011.

Reviewer, Real Estate Sustainability, Special Monograph Series, ARES, 2009.

Reviewer: Journal of Real Estate Finance & Economics, 2008, 2009.

Reviewer: ARES special issue monograph series, Indigenous People and Real Estate, 2006.

Book Reviewer, Dearborn Financial Publishing, Prentice Hall, Richard Irwin.

Reviewer for Real Estate, Jack Corgel, Halbert Smith, and David Ling, Richard Irwin, 3rd edition.

Reviewer for Real Estate Principles, Charles Floyd and Marcus Allen, Dearborn Financial, 10th edition, May 2007.

Reviewer for Real Estate Principles, Charles Floyd and Marcus Allen, Dearborn Financial, 8th edition.

Reviewer for Real Estate Principles, Charles Floyd and Marcus Allen, Dearborn Financial, 5th edition.

Election to "NCREIF", National Council of Real Estate Investment Fiduciaries, February, 1996.

Habitat for Humanity, Donate time to building homes for the poor.


**Professional Memberships (current)**
Appraisal Institute (Associate Member).

Elected to Membership, Royal Institution of Chartered Surveyors (RICS), 2011

American Real Estate Society.

American Real Estate and Urban Economics Association.

National Council of Real Estate Investment Fiduciaries (NCREIF).

# Appendix B

# Delay in Sale Analysis

B1

## Table 1
### Delay of Sale with 100% of Value retained (no value change)

**Time    Discount Reversion**

| Middle of Year | Reversion Sale | Discount Factor | Discount Sale Value | Sale Probability | Reversion Value |
|---|---|---|---|---|---|
| 2007 | 0 | 1 | 0 | 0 | 0 |
| 1 | 0 | 0.901 | 0 | 0 | 0 |
| 2 | 0 | 0.812 | 0 | 0 | 0 |
| 3 | 100 | 0.731 | 73.11914 | 1 | 73.11914 |
| 4 | 100 | 0.659 | 65.8731 | 0 | 0 |
| 5 | 100 | 0.593 | 59.34513 | 0 | 0 |
| 6 | 100 | 0.535 | 53.46408 | 0 | 0 |
| 7 | 100 | 0.482 | 48.16584 | 0 | 0 |
| 8 | 100 | 0.434 | 43.39265 | 0 | 0 |
| 9 | 100 | 0.391 | 39.09248 | 0 | 0 |
| 10 | 100 | 0.352 | 35.21845 | 0 | 0 |

Discounted Value %                                          73.11914
Discount
Rate:              11.00%
Expected loss in Value:        26.88%

B-2

## Table 2
### Delay in Sale and Market Value Change (30% negative)

| Time | Discount Reversion | | | | |
|---|---|---|---|---|---|
| End of Year | Reversion Sale | Discount Factor | Discount Sale Value | Sale Probability | Reversion Value |
| 2007 | 0 | 1 | 0 | 0 | 0 |
| 1 | 0 | 0.901 | 0 | 0 | 0 |
| 2 | 0 | 0.812 | 0 | 0 | 0 |
| 3 | 70 | 0.731 | 51.1834 | 1 | 51.1834 |
| 4 | 70 | 0.659 | 46.11117 | 0 | 0 |
| 5 | 70 | 0.593 | 41.54159 | 0 | 0 |
| 6 | 100 | 0.535 | 53.46408 | 0 | 0 |
| 7 | 100 | 0.482 | 48.16584 | 0 | 0 |
| 8 | 100 | 0.434 | 43.39265 | 0 | 0 |
| 9 | 100 | 0.391 | 39.09248 | 0 | 0 |
| 10 | 100 | 0.352 | 35.21845 | 0 | 0 |

| | | | | |
|---|---|---|---|---|
| Discounted Value | | | | 51.1834 |
| Discount Rate: | 11.00% | | | |
| Expected loss in Value: | | 48.82% | | |

B-3

## Table 3
### Delay in Sale and Market Value Change (70% negative)

| Time | Discount Reversion | | | | |
|------|------|------|------|------|------|
| End of Year | Reversion Sale | Discount Factor | Discount Sale Value | Sale Probability | Reversion Value |
| 2007 | 0 | 1 | 0 | 0 | 0 |
| 1 | 0 | 0.901 | 0 | 0 | 0 |
| 2 | 0 | 0.812 | 0 | 0 | 0 |
| 3 | 30 | 0.731 | 21.9300 | 1 | 21.93 |
| 4 | 30 | 0.659 | 19.7700 | 0 | 0 |
| 5 | 30 | 0.593 | 17.7900 | 0 | 0 |
| 6 | 100 | 0.535 | 53.46408 | 0 | 0 |
| 7 | 100 | 0.482 | 48.16584 | 0 | 0 |
| 8 | 100 | 0.434 | 43.39265 | 0 | 0 |
| 9 | 100 | 0.391 | 39.09248 | 0 | 0 |
| 10 | 100 | 0.352 | 35.21845 | 0 | 0 |

| | | | | |
|------|------|------|------|------|
| Discounted Value | | | | 21.93 |
| Discount Rate: | 11.00% | | | |
| Expected loss in Value: | | 78.07% | | |